UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERNESTO JOSE GUERRERO ROJAS,<br><br>Plaintiff,<br><br>v.<br><br>US CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Civil Action No. 22-cv-12221-LTS |

ORDER

April 24, 2023

SOROKIN, D.J.

*Pro se* litigant Ernesto Jose Guerrero Rojas commenced this action without paying the $402 filing fee or filing a motion for leave to proceed without prepayment of the fee. On January 3, 2023, the Court entered an order requiring Guerrero Rojas either to pay the $402 filing fee or file a motion for leave to proceed without prepayment of the fee within twenty-one days. The Court warned Guerrero Rojas that failure to comply with the order could result in dismissal of this action without prejudice.

The deadline for responding to the Court's January 3, 2023, order has passed without any response from Guerrero Rojas. Accordingly, the Court orders that this action be DISMISSED without prejudice for failure to pay the filing fee.

SO ORDERED.

    /s/ Leo T. Sorokin
UNITED STATES DISTRICT JUDGE